# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. FRYER, : CIVIL ACTION NO. 3:19-CV-92
: (JUDGE MARIANI)
Plaintiff, : (Magistrate Judge Schwab)
:
v. :
:
MICHELLE OLSHEFSKI, *et al.*, :
:
Defendants. :

## ORDER

AND NOW, THIS 12th DAY OF MAY 2021, upon review of Magistrate Judge Susan E. Schwab's Report and Recommendation ("R&R) (Doc. 33) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 33) is **ADOPTED** for the reasons set forth therein;

2. Defendant, Satish Mallik, M.D.'s Motion for Summary Judgment (Doc. 26) is **GRANTED**;

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge