THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. FRYER,                                    :
                                                  : CIVIL ACTION NO. 3:19-CV-92
                    Plaintiff,                    : (JUDGE MARIANI)
                                                  : (Magistrate Judge Schwab)
          v.                                      :
                                                  :
MICHELLE OLSHEFSKI, *et al.*,                     :
                                                  :
                    Defendants.                   :

## ORDER

AND NOW, THIS _____ DAY OF JUNE 2023, upon review of Magistrate Judge

Susan E. Schwab's Report and Recommendation ("R&R) (Doc. 40) for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT**:

1.  The R&R (Doc. 40) is **ADOPTED** for the reasons set forth therein.

2.  Plaintiff's "Motion for Reconsideration" (Doc. 39) is **DEEMED WITHDRAWN**.

Robert D. Mariani
United States District Judge