THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN M. FRYER, | : |
|  | : CIVIL ACTION NO. 3:19-CV-92 |
| Plaintiff, | : (JUDGE MARIANI) |
|  | : (Magistrate Judge Schwab) |
| v. | : |
|  | : |
| MICHELLE OLSHEFSKI, *et al.*, | : |
|  | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 26th DAY OF JUNE 2023, upon *de novo* review of Magistrate Judge Susan E. Schwab's Report and Recommendation ("R&R") (Doc. 41), **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 41) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Objections (Doc. 42) are **OVERRULED**. Plaintiff's Objections are entirely reiterations of his prior arguments in support of his motion, all of which were addressed and properly rejected by Judge Schwab in the present R&R.

3. Plaintiff's motion requesting that this Court re-open the above-captioned action (Doc. 36) is **DENIED**.

Robert D. Mariani
United States District Judge